FILED
JAMES J. VILT, JR. - CLERK
MAY 20 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

SUPERSEDING INDICTMENT

v.

NO. 3:26-CR-56-CHB
18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853

**SHANE ANDRES** (1, 26)
**MICHAEL ANDRES** (1, 2, 15, 18, 20, 23, 27)
**LUTHER ROLAND** (1, 2, 3, 8, 11)
**CLARENCE CALDWELL** (1, 14, 27)
**DONSHAUN COLEMAN** (1, 9, 22)
**JOHN FINLEY** (1, 12, 16, 24)
**MARCUS ANDREWS** (1, 17, 19, 21)
**STACEY MCRAE** (1, 7, 10, 13)
**JORGE TORRES VALDEZ** (1)
**RONNALL CLARK** (1)
**KESHAWN HATCHER** (1, 25)
**CORNELIUS PENDLETON** (1, 4, 5, 6)
**FINEISS VAUGHN** (1)

The Grand Jury charges:

COUNT 1
(*Conspiracy to Distribute Controlled Substances*)

Beginning on a date unknown to the Grand Jury, but at least as early as January 24, 2023 and continuing up to and through on or about May 20, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **SHANE ANDRES, MICHAEL ANDRES, LUTHER ROLAND, CLARENCE CALDWELL, MARCUS ANDREWS, STACEY MCRAE, JOHN FINLEY, DONSHAUN COLEMAN, JORGE TORRES VALDEZ, RONNALL CLARK, KESHAWN HATCHER, CORNELIUS PENDLETON,** and **FINEISS VAUGHN** knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to distribute 400 grams or more of a mixture and substance containing

a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, and 100 grams or more of a mixture or substance containing a detectable amount of heroin, Schedule I and II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 2
(*Possession with Intent to Distribute Fentanyl*)

On or about January 24, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL ANDRES** and **LUTHER ROLAND**, aided and abetted by each other and others, knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 3
(*Distribution of Fentanyl*)

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **LUTHER ROLAND**, knowingly and intentionally distributed 40 grams or more of a

mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 4
*(Possession with Intent to Distribute Fentanyl)*

On or about February 27, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **CORNELIUS PENDLETON**, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

The Grand Jury further charges:

COUNT 5
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about February 27, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **CORNELIUS PENDLETON**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 6

*(Possession of a Firearm by a Prohibited Person)*

On or about February 27, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **CORNELIUS PENDLETON**, knowingly possessed, in and affecting commerce, a firearm, that is, a Springfield, .45 caliber handgun, bearing serial number S3277921, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about November 15, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-2810, **CORNELIUS PENDLETON**, was convicted of the offense of convicted felon in possession of a firearm;
>
> On or about March 1, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-0638, **CORNELIUS PENDLETON**, was convicted of the offenses of convicted felon in possession of a handgun, tampering with physical evidence, receiving stolen property (firearm);
>
> On or about May 8, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 15-CR-3350, **CORNELIUS PENDLETON**, was convicted of the offenses of trafficking in a controlled substance 1st degree, convicted felon in possession of a handgun, receiving stolen property (firearm);
>
> On or about July 20, 2005, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 04-CR-2842, **CORNELIUS PENDLETON**, was convicted of the offense of burglary 3rd degree; and
>
> On or about July 20, 2005, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 04-CR-0590, **CORNELIUS PENDLETON**, was convicted of the offenses of trafficking in a controlled substance 1st degree, promoting contraband, tampering with physical evidence.
>
> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 7
(*Distribution of Fentanyl*)

On or about June 20, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **STACEY MCRAE**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

COUNT 8
(*Distribution of Fentanyl*)

On or about June 24, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **LUTHER ROLAND**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 9
(*Possession with Intent to Distribute Fentanyl and Heroin*)

On or about June 26, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **DONSHAUN COLEMAN**, knowingly and intentionally possessed with intent to

distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, and 100 grams or more of a mixture or substance containing a detectable amount of heroin Schedule I and II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 10
(*Distribution of Fentanyl*)

On or about June 27, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **STACEY MCRAE**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 11
(*Distribution of Fentanyl*)

On or about July 10, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **LUTHER ROLAND**, aided and abetted by others, knowingly and intentionally

distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 12
(*Distribution of Fentanyl*)

On or about July 17, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **JOHN FINLEY**, knowingly and intentionally distributed 40 grams or more a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

The Grand Jury further charges:

COUNT 13
(*Distribution of Fentanyl*)

On or about July 30, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **STACEY MCRAE**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-

piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

<u>COUNT 14</u>
(*Distribution of Fentanyl*)

On or about October 15, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **CLARENCE CALDWELL**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

<u>COUNT 15</u>
(*Distribution of Fentanyl*)

On or about October 15, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL ANDRES**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

COUNT 16
(*Distribution of Fentanyl*)

On or about November 18, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **JOHN FINLEY**, aided and abetted by others, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 17
(*Distribution of Heroin*)

On or about November 19, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **MARCUS ANDREWS**, aided and abetted by others knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 18
(*Distribution of Fentanyl*)

On or about November 20, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL ANDRES** and **CLARENCE CALDWELL**, aided and abetted by each other and others, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 19
(*Distribution of Heroin*)

On or about December 10, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **MARCUS ANDREWS**, aided and abetted by others, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 20
(*Distribution of Fentanyl*)

On or about December 31, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL ANDRES**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 21
(*Distribution of Heroin*)

On or about January 7, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **MARCUS ANDREWS**, aided and abetted by others, knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2.

The Grand Jury further charges:

COUNT 22
(*Distribution of Fentanyl*)

On or about January 22, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **DONSHAUN COLEMAN**, knowingly and intentionally distributed a mixture and

substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

COUNT 23
(*Distribution of Fentanyl*)

On or about January 22, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL ANDRES**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 24
(*Distribution of Fentanyl*)

On or about March 5, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **JOHN FINLEY** knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 25
(*Possession with Intent to Distribute Fentanyl*)

On or about March 10, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **KESHAWN HATCHER**, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl" a Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

The Grand Jury further charges:

COUNT 26
(*Distribution of Fentanyl*)

On or about March 16, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **SHANE ANDRES**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 27
(*Distribution of Fentanyl*)

On or about April 22, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **MICHAEL ANDRES** and **CLARENCE CALDWELL**, aided and abetted by each other and others knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); Title 18, United States Code, Section 2.

NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 846 as charged in this Superseding Indictment, a felony punishable by imprisonment for more than one year, **SHANE ANDRES, MICHAEL ANDRES, LUTHER ROLAND, CLARENCE CALDWELL, MARCUS ANDREWS, STACEY MCRAE, JOHN FINLEY, DONSHAUN COLEMAN, JORGE TORRES VALDEZ, RONNALL CLARK, KESHAWN HATCHER, CORNELIUS PENDLETON,** and **FINEISS VAUGHN**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as a result of said offense, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), and 924(c)(1)(A), as alleged in this Superseding Indictment, felonies punishable by imprisonment for more than one year, **CORNELIUS PENDLETON,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including but not limited to: a Springfield, .45 caliber handgun, bearing serial number S3277921 and ammunition.

A TRUE BILL.

[redacted]

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:JRP:05-20-26

UNITED STATES OF AMERICA v. **SHANE ANDRES, MICHAEL ANDRES, LUTHER ROLAND, CLARENCE CALDWELL, MARCUS ANDREWS, STACEY MCRAE, JOHN FINLEY, DONSHAUN COLEMAN, JORGE TORRES VALDEZ, RONNALL CLARK, KESHAWN HATCHER, CORNELIUS PENDLETON, and FINEISS VAUGHN**

**P E N A L T I E S**

| | |
|---|---|
| Counts 1-2: | NL 10 yrs./NM Life./NM $10,000,000/both/NL 5 yrs. Supervised Release (each count) |
| Counts 3, 8-11-13, 16, 18, 20, 23-24, 26-27: | NL 5 yrs./NM 40 yrs./NM $5,000,000/both/NL 4 yrs. Supervised Release (each count) |
| Counts 4, 7, 14-15, 17-18, 21-22, 25: | NM 20 yrs./NM $1,000,000/both/ NL 2 yrs. Supervised Release (each count) |
| Count 5: | NL 5 yrs./NM Life/NM $250,000/both/NL 5 yrs. Supervised Release (consecutive) |
| Count 6: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Forfeiture | |

**N O T I C E**

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.